GRACE BROOKS, Appellant, v. PHILLIP BROOKS, Respondent.— Order denying plaintiff's motion to dismiss counterclaim in defendant's answer reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to the defendant to amend his answer by pleading the facts stated in the counterclaim as a defense, upon payment of ten dollars costs. The matters pleaded as a counterclaim may constitute a defense, but may not be pleaded as a counterclaim. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

JULES CHOPAK, Appellant, v. GEORGE W. OLVANY and Others, as Individuals and Copartners under the Firm Name of OLVANY, EISNER & DONNELLY, Respondents.— Order granting defendants' motion to strike case from calendar as being improperly preferred, reversed on the law and the facts, without costs, and motion denied, without costs. While the legal residence of plaintiff during certain periods is rendered obscure by contradictory statements indicating it to be Rockland county, a consideration of all his acts indicates that Rockland county was merely a place of temporary sojourn and that when the cause of action arose he was and still is a resident of Kings county. Lazansky, P. J., Young and Carswell, JJ., concur: Kapper and Hagarty, JJ., dissent.

DOROTHY S. B. COUNSELMAN, Appellant, v. MARY ELIZABETH COUNSELMAN, as Executrix, etc., of CHARLES COUNSELMAN, Deceased, Respondent.— Order denying plaintiff's motion for a bill of particulars of affirmative defense reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted; the bill of particulars to be furnished within ten days from service of a copy of the order herein. We are of opinion that the application presents a proper case for the relief sought. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

WILLIAM E. DODD and IRVING LACHENBRUCH, as Copartners Doing Business under the Firm Name and Style of WM. E. DODD ASSOCIATES, Appellants, v. ADOLF FELL and JOHN C. PALM, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

ELLA F. DURGIN, on Behalf of Herself and All Other Stockholders of WICKWIRE SPENCER STEEL CORPORATION, Appellants, v. WICKWIRE SPENCER STEEL CORPORATION and Others, Defendants, Impleaded with T. H. WICKWIRE, JR., and Others, Respondents.— Order granting motion to dismiss the complaint and judgment entered thereon reversed on the law, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. The complaint is sufficient in its allegations of ultimate fact. (Walsh v. Van Ameringen-Haebler, Inc., 257 N. Y. 478.) Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.